**John RIVERA, Plaintiff–Appellant,**

v.

**NATIONAL RAILROAD PASSENGER CORPORATION; Richard Carney; Larry Mahon; Angel Acevedo; Carlos Hernandez; John Fallowfield; Doug Demming; Tom Mahr, Defendants–Appellees.**

No. 01–16232.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 9, 2002.

Filed June 10, 2003.

Amended Aug. 14, 2003.

Stuart B. Esner (briefed) and Andrew N. Chang (argued), Esner & Chang, Los

Angeles, California, for the plaintiff-appellant.

Kathy M. Banke, Crosby, Heafey, Roach & May, Oakland, California, for the defendants-appellees.

Before BALDOCK,* KLEINFELD and RAWLINSON, Circuit Judges.

## ORDER

Appellees' Request for Modification of Opinion filed on June 18, 2003, is GRANTED.

The Opinion filed on June 10, 2003, is amended as follows:

At page 7885, first full paragraph, line 9, delete the following sentence: "Of course, upon remand the district court may decline to exercise supplemental jurisdiction over the remaining state law defamation claim. *See Big Bear Lodging Ass'n v. Snow Summit, Inc.,* 182 F.3d 1096, 1106 n. 9 (9th Cir.1999)."